IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

NO. 18-60068

| | |
|---|---|
| JAMES RUSSELL MILLER | APPELLANT |
| v. | |
| MANAGEMENT AND TRAINING CORPORATION | APPELLEE |

APPELLANT'S STATUS REPORT

COMES NOW the Appellant, by and through the undersigned counsel, and for his Status Report in the above captioned matter, does state:

1. This Court stayed proceedings in this matter until the District Court granted a final judgment and jurisdiction vested in this Court.

2. On September 27, 2021, some 38 months after the initial Motions resulting in this Stay were filed, the District Court issued Orders on Appellant's motion for attorney's fees, Appellee's motion for sanctions, and Appellant's motion to strike.

3. On September 28, 2021, Appellant filed an unopposed motion to stay sanctions pending appeal which the Court has thus far failed to act upon.

4. Thus, at this point, some 30 months later one motion requires decision from the District Court: Appellant's Unopposed Motion to Stay Sanctions.

5. The District Court has yet to issue any Judgment related to any of its Orders issued on September 27, 2021, which was also 30 months ago.

6. As such, this matter should remain stayed in this Court until the District Court resolves these matters, which is beyond Appellant's control.

Respectfully submitted,

WALLACE, MARTIN, DUKE & RUSSELL, PLLC
Attorneys at Law
1st Floor, Centre Place
212 Center Street
Little Rock, Arkansas 72201
(501) 375-5545
Attorney for Appellant

By:     */s/ James Monroe Scurlock*
James Monroe Scurlock
5th Circuit Bar No. AR2012028
jms@WallaceLawFirm.com

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE

I hereby certify that a true copy of the foregoing has been served on this, the 8th day of April 2024, via CM/ECF with the Clerk of the Court and upon counsel for the Appellee.

Richard Jarrad Garner
Richard Davis
Lindsey O. Watson
Darryl A. Wilson
ADAMS AND REESE, LLP
1018 Highland Colony Parkway
Suite 800
Ridgeland, Mississippi 39157
(601) 353-3234
(601) 355-9708 FAX
E-Mail:  Jarrad.Garner@arlaw.com
E-Mail:  Richard.Davis@arlaw.com
E-Mail:  Lindsey.Oswalt@arlaw.com
E-Mail:  Darryl.Wilson@arlaw.com
Attorneys for Appellee

This brief complies with the limitations specified in Fed. R. App. P. 40(b)(1) and 40(b)(2).  Appellant prepared this brief with Microsoft Word in 14 point, Times New Roman typeface.  This brief contains 376 words.

　　　　　　　　　　　　　　　　　*/s/ James Monroe Scurlock*
　　　　　　　　　　　　　　　　　James Monroe Scurlock
　　　　　　　　　　　　　　　　　5th Circuit Bar No. AR2012028
　　　　　　　　　　　　　　　　　jms@wallacelawfirm.com